OFFICE OF DISCIPLINARY COUNSEL *v.* NASS.

[Cite as *Disciplinary Counsel v. Nass* (1992), 65 Ohio St.3d 160.]

(No. 92–1709—Submitted October 13, 1992—Decided December 9, 1992.)

*J. Warren Bettis*, Disciplinary Counsel, and *Harald F. Craig III*, for relator.

*Kerry M. O'Brien*, for respondent.

---

*Per Curiam.* We concur in the board's findings and its recommendation. Respondent is, therefore, ordered suspended from the practice of law in Ohio for a period of one year, but we suspend imposition of this sanction on the condition stated by the board. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.